IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN BENNETT | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:06cv1001 LG-JMR |
| | § | |
| UNUM PROVIDENT CORPORATION | § | DEFENDANT |

**JUDGMENT**

This matter having come on to be heard on the Motion for Summary Judgment [14] filed by Defendant Unum Provident Corporation, the Court, after a full review and consideration of the Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Summary Judgment [14] filed by Defendant Unum Provident Corporation is **GRANTED**. Plaintiff's claims against the Defendant are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE